UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20854-DPG

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

AAO STORES, LLC; CITY SUBWAY
CORP d/b/a SUBWAY 798; and A.T.J.
CORPORATION d/b/a AMOCO,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. Civ. P. 41(a)(1)(A)(i), Plaintiff, NIGEL FRANK DE LA TORRE PARDO, by and through his undersigned counsel, hereby gives notice of voluntary dismissal of this action as to Defendants, AAO STORES, LLC; and CITY SUBWAY CORP d/b/a SUBWAY 798, with prejudice.

Dated this April 4, 2025.

Respectfully Submitted,

**THE LAW OFFICE OF RAMON J. DIEGO,**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: ramon@rjdiegolaw.com

By: ___/s/ Ramon J. Diego_____
RAMON J. DIEGO
Florida Bar No.: 689203

**GARCIA-MENOCAL P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Primary E-Mail: agmlaw@bellsouth.net
Secondary E-Mails: aquezada@lawgmp.com

By: ___/s/_Alfredo Garcia-Menocal_____
     ALFREDO GARCIA-MENOCAL
     Florida Bar No.: 533610

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on April 4, 2025.

Respectfully Submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: ramon@rjdiegolaw.com

By: _/s/_Ramon J. Diego_____
     RAMON J. DIEGO

2